**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**ANTONIO MAURICE PRICE MCCOLLINS,** **PETITIONER**

**v.** **No. 2:08CV90-P-A**

**LAWRENCE KELLY, ET AL.** **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, that the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d). As the court decided this case based upon timeliness, rather than exhaustion, the petitioner's motion to stay the case to permit him to exhaust state remedies is **DENIED.**

**SO ORDERED,** this the 4th day of March, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE